CITY OF NEWBURGH, Respondent, *v.* PARK FILLING STATION, INC., Appellant.

Submitted October 5, 1948; decided October 14, 1948.

*Henry Hirschberg, Ernest M. Levinson* and *Isadore Shapiro* for appellant.

*Henry Grusky, Corporation Counsel,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.